CATHARINE ANN McCLUNG, as Administratrix, etc., Appellant, *v.* MARY A. FOSHOUR et al,, Respondents.

(Submitted March 15, 1889; decided April 16, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 15, 1887, which reversed a judgment in favor of plaintiff, entered upon the report of a referee, and granted a new trial.

*D. W. Sparling* for appellant.

*E. Ritzema De Grove* for respondents.

Agree to affirm and for judgment absolute for defendants; no. opinion.
All concur.
Judgment accordingly.